1  Gary R. Selvin, State Bar No. 112030
   Robin D. Korte, State Bar No. 182553
2  SELVIN WRAITH HALMAN LLP
   505 14th Street, Suite 1200
3  Oakland, CA 94612
   Telephone:   (510) 874-1811
4  Facsimile:   (510) 465-8976
   E-mail:  gselvin@selvinwraith.com
5           rkorte@selvinwraith.com

6  Attorneys for Defendant
   Lexington Insurance Company
7

8              IN THE UNITED STATES DISTRICT COURT

9       FOR THE NORTHERN DISTRICT OF CALIFORNIA - OAKLAND COURTHOUSE

10

11 | ARROWOOD SURPLUS LINES                | CASE NO.: 4:13-cv-00465-YGR
   | INSURANCE COMPANY, formerly known as  |
12 | Royal Surplus Lines Insurance Company,| *For All Purposes Assigned To: Judge Yvonne Gonzalez Rogers, Courtroom 5, 2nd Floor*
13 |           Plaintiff,                  |
                                           | [PROPOSED] ORDER
14 |       v.                              |
                                           | Complaint Filed: 2/1/2013
15 | LEXINGTON INSURANCE COMPANY, and      |
   | DOES 1-100, inclusive,                |
16 |                                       |
   |           Defendant.                  |
17

18         After reviewing the stipulation filed by plaintiff and defendant Lexington Insurance

19 Company, defendant may have up to and including March 22nd to respond to the complaint, and upon

20 good cause the Court orders that:

21 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22

23 Dated: 3/19/13                          By: _____
                                                United States Northern District Judge
24 _____                  Honorable Yvonne Gonzalez Rogers
   124615.doc
25

26

27

28

                                        1

[PROPOSED] ORDER                                    CASE NO.: 4:13-cv-00465-YGR