Gary R. Selvin, State Bar No. 112030
Robin D. Korte, State Bar No. 182553
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:    (510) 874-1811
Facsimile:    (510) 465-8976
E-mail:  gselvin@selvinwraith.com
         rkorte@selvinwraith.com

Attorneys for Defendant
Lexington Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - OAKLAND COURTHOUSE

| | |
|---|---|
| ARROWOOD SURPLUS LINES INSURANCE COMPANY, formerly known as Royal Surplus Lines Insurance Company,<br><br>    Plaintiff,<br><br>    v.<br><br>LEXINGTON INSURANCE COMPANY, and DOES 1-100, inclusive,<br><br>    Defendant. | CASE NO.: 4:13-cv-00465-YGR<br><br>*For All Purposes Assigned To:  Judge Yvonne Gonzalez Rogers, Courtroom 5, 2nd Floor*<br><br>[**PROPOSED**] ORDER<br><br>Complaint Filed:  2/1/2013 |

After reviewing the stipulation filed by plaintiff and defendant Lexington Insurance Company, defendant may have up to and including March 22nd to respond to the complaint, and upon good cause the Court orders that:

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 3/19/13                                   By: _____
_____                          United States Northern District Judge
124615.doc                                      Honorable Yvonne Gonzalez Rogers

1

[**PROPOSED**] ORDER                                              CASE NO.: 4:13-cv-00465-YGR