1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - San Francisco Division

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| ARROWOOD SURPLUS LINES INSURANCE COMPANY, formerly known as Royal Surplus Lines Insurance Company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEXINGTON INSURANCE COMPANY and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No.:  C-13-00465 MEJ<br><br>Assigned to:<br>Magistrate Judge Maria-Elena James for all purposes, including trial and entry of judgment<br><br>~~(PROPOSED)~~ **ORDER RE: REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>**[Filed concurrently with Request for Telephonic Appearance]**<br><br>**[L.R. 16-10(a)]**<br><br>Date:　　July 18, 2013 - Thursday<br>Time:　　10:00 am<br>Dept:　　Courtroom "B", 15th Floor<br>　　　　　450 Golden Gate Avenue<br>　　　　　San Francisco, California<br><br>Complaint filed:  February 1, 2013 |

# [PROPOSED] ORDER

Having reviewed Plaintiff Arrowood Surplus Lines Insurance Company's, formerly known as Royal Surplus Lines Insurance Company ("Arrowood"), request to appear telephonically at the Thursday, July 18, 2013 Case Management Conference, scheduled for 10:00 a.m., the Court HEREBY ORDERS AS FOLLOWS:

Arrowood's counsel of record is hereby ordered to appear telephonically on behalf of Arrowood for the Thursday, July 18, 2013 Case Management Conference via CourtCall.

IT IS SO ORDERED.

Dated: __June 18__, 2013    _____
                             Magistrate Judge Maria-Elena James
                             UNITED STATES DISTRICT COURT

LA-128498 (1458-657)