# UNITED STATES DISTRICT COURT

## Northern District of Californ

ARROWOOD SURPLUS LINES
INSURANCE COMPANY,

               Plaintiff,

   v.

LEXINGTON INSURANCE COMPANY,

              Defendant.
                                    /

No.  C-13-465 MEJ

**CASE MANAGEMENT ORDER**

The Court is in receipt of the parties' Joint Case Management Statement, filed July 11, 2013. As there is a dispute between the parties regarding jurisdiction, the Court finds it appropriate to permit limited discovery regarding the amount in controversy prior to scheduling this matter for trial. Accordingly, the Court ORDERS as follows:

1) The July 18, 2013 Case Management Conference is VACATED;

2) The parties shall be permitted 60 days to conduct preliminary discovery limited to the issue of the amount in controversy; and

3) The parties shall file an updated joint case management statement by September 26, 2013.

**IT IS SO ORDERED.**

Dated: July 12, 2013

                                       Maria-Elena James
                                       United States Magistrate Judge