1  Gary R. Selvin, State Bar No. 112030
   Robin D. Korte, State Bar No. 182553
2  SELVIN WRAITH HALMAN LLP
   505 14th Street, Suite 1200
3  Oakland, CA 94612
   Telephone:   (510) 874-1811
4  Facsimile:   (510) 465-8976
   E-mail:  gselvin@selvinwraith.com
5           rkorte@selvinwraith.com

6  Attorneys for Defendant
   Lexington Insurance Company
7

8              IN THE UNITED STATES DISTRICT COURT

9       FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| 10 | ARROWOOD SURPLUS LINES INSURANCE COMPANY, formerly known as Royal Surplus Lines Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY, and DOES 1-100, inclusive,<br><br>Defendant. | CASE NO.: 3:13-cv-00465-MEJ<br><br>*For All Purposes Assigned To:  Judge Maria-Elena James, Courtroom B, 15th Floor*<br><br>[~~PROPOSED~~] **ORDER**<br><br>Complaint Filed:  2/1/2013 |
|---|---|---|

18      Having reviewed the stipulation, and for good cause being shown, IT IS HEREBY

19  ORDERED AS FOLLOWS:

20      1.     The 60 day preliminary discovery period permitted by the Court in the July 12, 2013

21  Case Management Order shall be extended to October 25, 2013.

22      2.     Arrowood's deadline for providing discovery responses to Lexington will be

23  continued to October 16, 2013.

24      3.     Lexington's deadline for providing discovery responses to Arrowood will be

25  continued to October 23, 2013.

26      4.     The currently scheduled September 26, 2013 date by which the parties are to file a

27  joint case management statement shall be VACATED.

28  ///

1

**[PROPOSED] ORDER**                                          **CASE NO.: 3:13-cv-00465-MEJ**

5.	The parties will file a joint case management statement by **October 31, 2013**.

**IT IS SO ORDERED.**

Dated:  September 12, 2013          By: _____
                                         United States Magistrate Judge
                                         Honorable Maria-Elena James

134273.doc