1  Linda Tai Hoshide, Esq., SBN 190403
   Jeanne Kuo Riggins, Esq., SBN 231441
2  TRESSLER LLP
   1901 Avenue of the Stars, Suite 450
3  Los Angeles, CA 90067-6006
   Telephone:        (310) 203-4800
4  Facsimile:        (310) 203-4850
5  E-mail:lhoshide@tresslerllp.com
          jriggins@tresslerllp.com
6
7  Attorneys for Plaintiff
   ARROWOOD SURPLUS LINES INSURANCE COMPANY
8

9
                    IN THE UNITED STATES DISTRICT COURT
10
           FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO
11

| | |
|---|---|
| ARROWOOD SURPLUS LINES INSURANCE COMPANY, formerly known as Royal Surplus Lines Insurance Company,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>LEXINGTON INSURANCE COMPANY, and DOES 1-100, inclusive,<br><br>　　　　Defendant. | CASE NO.: 3:13-cv-00465-MEJ<br><br>*For All Purposes Assigned To:  Judge Maria-Elena James, Courtroom B, 15th Floor*<br><br>~~[PROPOSED]~~ ORDER RE NOTICE OF SETTLEMENT AND REQUEST FOR ORDER TAKING DATES OFF CALENDAR<br><br>Complaint Filed:  2/1/2013 |

                                          1
[PROPOSED] ORDER RE NOTICE OF SETTLEMENT AND
REQUEST FOR ORDER TAKING DATES OFF CALENDAR
                                          CASE NO.: 4:13-cv-00465-MEJ

1  Based on the concurrently-filed Joint Notice of Settlement and Request for Order Taking
2  Dates Off Calendar, and good cause appearing therefore, the Court hereby orders as follows:
3  1. Plaintiff Arrowood Surplus Lines Insurance Company and defendant Lexington
4  Insurance Company shall file a Stipulation and Request for Dismissal of this entire action on or
5  before January 17, 2014, or a request to set the matter for a case management conference if no stipulation is filed by that date. ~~or appear before the Court for a further Status Conference on at a date~~
6  ~~and time of the Court's choosing~~.
7  2. All associated dates are vacated.
8  **IT IS SO ORDERED.**
9
10  DATED: 11/21/2013
11  MARIA-ELENA JAMES
    UNITED STATES DISTRICT JUDGE

2
**[PROPOSED] ORDER RE NOTICE OF SETTLEMENT AND
REQUEST FOR ORDER TAKING DATES OFF CALENDAR**
CASE NO.: 4:13-cv-00465-MEJ