Linda Tai Hoshide, Esq., SBN 190403
Jeanne Kuo Riggins, Esq., SBN 231441
TRESSLER LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067-6006
Telephone:       (310) 203-4800
Facsimile:        (310) 203-4850
E-mail: lhoshide@tresslerllp.com
           jriggins@tresslerllp.com

Attorneys for Plaintiff
ARROWOOD SURPLUS LINES INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| ARROWOOD SURPLUS LINES INSURANCE COMPANY, formerly known as Royal Surplus Lines Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY, and DOES 1-100, inclusive,<br><br>Defendant. | CASE NO.: 3:13-cv-00465-MEJ<br><br>*For All Purposes Assigned To:  Judge Maria-Elena James, Courtroom B, 15th Floor*<br><br>[PROPOSED] ORDER RE NOTICE OF SETTLEMENT AND REQUEST FOR ORDER TAKING DATES OFF CALENDAR<br><br>Complaint Filed:  2/1/2013 |

1  Based on the concurrently-filed Joint Notice of Settlement and Request for Order Taking
2  Dates Off Calendar, and good cause appearing therefore, the Court hereby orders as follows:
3  1. Plaintiff Arrowood Surplus Lines Insurance Company and defendant Lexington
4  Insurance Company shall file a Stipulation and Request for Dismissal of this entire action on or
5  before January 17, 2014, ~~or appear before the Court for a further Status Conference on at a date~~ or a request to set the matter for a case management conference if no stipulation is filed by that date.
6  ~~and time of the Court's choosing~~.
7  2. All associated dates are vacated.
8  **IT IS SO ORDERED.**
9
10  DATED: 11/21/2013
11  _____
    MARIA-ELENA JAMES
    UNITED STATES DISTRICT JUDGE

2
**[PROPOSED] ORDER RE NOTICE OF SETTLEMENT AND
REQUEST FOR ORDER TAKING DATES OFF CALENDAR**
                                                        CASE NO.: 4:13-cv-00465-MEJ